**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DEAN RAYMOND CILLIERS #A221-451-689** | **CIVIL ACTION NO.  1:26-CV-01794 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **E GARCIA** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 3), and after a de novo review of the record, including the Objection filed by Petitioner (Rec. Doc. 4), concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DENIED** and **DISMISSED, WITH PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers on this 15th day of July, 2026.

_____
**JAMES D. CAIN, JR**
**UNITED STATES DISTRICT JUDGE**